No. —. Ex parte EARLE GOLDEN; and

No. —. Ex parte RALPH BARTON BUTZ. October 18, 1943. Applications denied.

No. —. Ex parte DAISY D. WILSON;

No. —. Ex parte OLIVER GOBIN;

No. —. Ex parte ROBERT L. PEYTON; and

No. —. Ex parte FORREST HOLIDAY. October 18, 1943. The motions for leave to file petitions for writs of mandamus are denied.

No. 11, original. ILLINOIS v. INDIANA ET AL. October 18, 1943. The motion for leave to file bill of complaint is granted.

No. 360. CALLISON v. TEXAS.

October 25, 1943. *Per Curiam:* The appeal is dismissed for the want of a substantial federal question. *Ah Sin* v. *Wittman,* 198 U. S. 500, 505; *Marvin* v. *Trout,* 199 U. S. 212, 224, cf. *Federal Trade Comm'n* v. *Keppel & Bro.,* 291 U. S. 304. *Mr. A. S. Baskett* for appellant.